UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANNON E. AND MADELINE B. DAVIS          CIVIL ACTION
                                          NO. 07-4202

VERSUS                                    SECTION B

TEACHERS INSURANCE COMPANY                MAGISTRATE 3

ORDER

Before the Court is Plaintiffs' Motion to Strike (Rec. Doc. No. 49),

**IT IS ORDERED** that Motion is **DENIED** <u>provided</u> Defendant produce Lonnie Smith for deposition at Defendant's expense, including payment of Plaintiffs' attorneys' reasonable attorneys' fees and costs **no later than Sunday, August 3, 2008** at Plaintiffs' offices.

New Orleans, Louisiana, this 31st day of July, 2008.

IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE