UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON AND MADELINE DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-4202** |
| **TEACHERS INSURANCE COMPANY** | **SECTION B(3)** |

ORDER AND REASONS

Before the Court is Plaintiffs' Motion for Attorney Fees (Rec. Doc. No. 66) and Defendant's opposition of the same (Rec. Doc. No. 67). In regards to attorney fees, after review of the arguments, and applicable law, and for the reasons that follow,

**IT IS ORDERED** that Plaintiffs' Motion for Attorney Fees (Rec. Doc. No. 66) is **GRANTED.**

BACKGROUND

This is a Hurricane Katrina case involving a residential property insured by Teachers Insurance Company ("Teachers"). A jury trial on this matter was held and on August 5, 2008 and the jury returned a verdict in favor of the plaintiffs, awarding Shannon E. and Madeline B. Davis $50,000 for structural damage, $15,000 for contents, and $8,167 for additional living expenses for a total of $73,167.00. After both Plaintiffs' and Defendant's counsel submitted post trial memorandum on the issue of legal interest, this Court ordered that legal interest be calculated from date of judicial demand (Rec. Doc. No. 65). The parties are now disputing attorney's fees in connection with the deposition of Lonnie Smith.

On July 31, 2008, this Court ordered that the deposition of Lonnie Smith, an adjuster for the National Flood Insurance Program, occur at the defendant's expense, including reasonable attorney's fees incurred by the plaintiff. *See* Rec. Doc. No. 58. The deposition of Mr. Smith was held on August 3, 2008. Plaintiffs aver that they are entitled to $945.00 in attorney fees.

Plaintiff submits that his current hourly rate is $210.00 per hour and that he spent three hours preparing for the deposition of Mr. Smith, which included a comprehensive review of both the defendant's claims file and the flood insurer's claims file. He further submits that the deposition of Mr. Smith took one and one half hours.

## DISCUSSION

The affidavit reflects that Mr. Collings billed at an hourly rate of $210.00. Defense counsel object to this rate as unreasonably high, claiming that he himself has been practicing in New Orleans for over 25 years and does not charge $210.00 per hour. Instead, Defense counsel submits that "an average hourly rate in [St. Tammany] is $125.00 to 175.00 per hour." (Rec. Do. No. 67).

Plaintiffs respond by submitting Mr. Collings' supporting affidavit. (*See* Rec. Doc. No. 66-4) The affidavit indicates that Collings is a 1997 graduate of LSU Law Center. In addition, he has been admitted to practice in and has been admitted to

the Louisiana Bar since 1998 -- ten years. Mr. Collings first worked for a law firm where he practiced mainly insurance defense litigation. Since 2001, he has practiced at the Thornhill Law Firm in Slidell, where he has been a partner since 2006.

In light of the foregoing, and considering prevailing local billing rates, $210 is a reasonable hourly billing rate for a partner of a firm in the New Orleans area. Indeed, after duly reviewing the affidavit of Mr. Collings, and the supporting affidavit of William J. Faustermann, it is this Court's considered opinion that $210 per hour is a competitive rate for counsel of Mr. Collings' caliber and credentials. Additionally, three hours to prepare for a deposition is not unreasonable.

Accordingly, **IT IS ORDERED** that Plaintiffs' Motion for Attorney Fees (Rec. Doc. No. 66) in the amount of $945.00 is **GRANTED**.

New Orleans, Louisiana this 15th day of January, 2009.

**UNITED STATES DISTRICT JUDGE**